UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KASSIM H. FINQILA, | CASE NO. 15-cv-00739-BJR |
| Plaintiff, | **ORDER GRANTING MOTION TO REMAND** |
| v. | |
| LORETTA LYNCH, et al., | |
| Defendants. | |

# ORDER GRANTING [8] DEFENDANTS' MOTION TO REMAND AND DISMISSING CASE WITHOUT PREJUDICE

Defendants having agreed to expeditiously act on Plaintiff's petition for naturalization, this case is remanded. Defendants have agreed to provide a decision regarding Plaintiff's petition for naturalization within seven days of this order. If a positive decision is reached, Defendants have agreed to administer the oath of citizenship within seven days of said decision. If a negative decision is reached, Defendants have agreed to provide a re-hearing of Plaintiff's petition within thirty days of the decision, and shall issue a decision within fifteen days of the re-hearing. The

ORDER GRANTING MOTION TO REMAND- 1

Court is persuaded that the case in this court would be less expeditiously resolved than Defendants' agreed schedule. The parties shall notify the Court of the outcome of Plaintiff's petition.

Accordingly, Plaintiff's claims are dismissed without prejudice and with leave to refile if necessary.

**SO ORDERED**.

Dated: July 28, 2015

*Barbara J. Rothstein*

_____

BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE

ORDER GRANTING MOTION TO REMAND- 2